# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:    §
          §
NICHOLAS, ELISH M.    §    Case No. 14-06319
          §
          Debtor(s)    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | | | | | |
| ADAMS LEVINE | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 5**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 14-06319 | ERW | Judge: EUGENE R. WEDOFF |
| --- | --- | --- | --- |
| Case Name: | NICHOLAS, ELISH M. | | |

For Period Ending:  05/12/15

Trustee Name:    ANDREW J. MAXWELL, TRUSTEE
Date Filed (f) or Converted (c):    02/25/14 (f)
341(a) Meeting Date:    04/02/14
Claims Bar Date:    07/24/14

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Single Family residence 2324 W. 112th St. | 223,320.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCT | 6,000.00 | 0.00 | | 4,800.00 | FA |
|    State Bank of Countryside | | | | | |
| 3. CHECKING ACCT | 1,000.00 | 0.00 | | 0.00 | FA |
|    Gaines has a hold on this account, Case no. 13 M1 | | | | | |
|    134713 | | | | | |
|    PNC Bank Account | | | | | |
| 4. AUTOMOBILE | 3,000.00 | 0.00 | | 0.00 | FA |
|    2003 Toyota Sequoia- 88,000 miles | | | | | |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREAL | 500.00 | 0.00 | | 0.00 | FA |
| 7. CASH | 40.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $234,860.00 | $0.00 | | $4,800.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ASSET NOTICE FILED 4/22/14

PARTIAL FUNDS RECEIVED RE NON-EXEMPT TAX REFUND and bank accounts

TFR SUBMITTED 2/11/2015 COURT DATE 4/22/15

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/15

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-06319 -ERW | |
| Case Name: | NICHOLAS, ELISH M. | |

Trustee Name:   ANDREW J. MAXWELL, TRUSTEE
Bank Name:   ASSOCIATED BANK
Account Number / CD #:   *******8702  Checking Account (Non-Interest Earn

| | |
|---|---|
| Taxpayer ID No: | *******0722 |
| For Period Ending: | 05/12/15 |

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/22/14 | 2 | ELISH M NICHOLAS 2324 W 112TH ST CHICAGO, IL 60643-3906 | FUNDS FROM COUNTRYSIDE BANK | 1129-000 | 4,000.00 | | 4,000.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,990.00 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,980.00 |
| 09/10/14 | 2 | ELISH M NICHOLAS 2324 W 112TH ST CHICAGO, IL 60643-3906 | FUNDS FROM COUNTRYSIDE BANK | 1129-000 | 800.00 | | 4,780.00 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,770.00 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,760.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,750.00 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,740.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,730.00 |
| 03/20/15 | 010001 | ADAMS LEVINE Attn: Maria Sponza 60 East 42nd Street Suite 965 New York, NY 10165-0965 | Bond Payments BOND # 10BSBGR6291 | 2300-000 | | 4.56 | 4,725.44 |
| 04/24/15 | 010002 | ANDREW J. MAXWELL, TRUSTEE 105 W. ADAMS SUITE 3200 CHICAGO, IL 60603 | Trustee Compensation o/c 4/22/15 | 2100-000 | | 1,200.00 | 3,525.44 |
| 04/24/15 | 010003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 1, Final Payment c/o 4/22/15 | 7100-000 | | 3,525.44 | 0.00 |

Page Subtotals   4,800.00   4,800.00

Ver: 18.04

**FORM 2**                                                                                               Page:    2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-06319  -ERW | |
| Case Name: | NICHOLAS, ELISH M. | |
| | | |
| Taxpayer ID No: | *******0722 | |
| For Period Ending: | 05/12/15 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8702  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,800.00 | 4,800.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,800.00 | 4,800.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,800.00 | 4,800.00 | |

| | | |
|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS |
| TOTAL - ALL ACCOUNTS | 4,800.00 | 4,800.00 |
| Checking Account (Non-Interest Earn - *******8702 | --------------------- | --------------------- |
| | 4,800.00 | 4,800.00 |
| | =============== | =============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) |

ACCOUNT BALANCE

0.00

---------------------

0.00

===============

Total Funds
On Hand

Page Subtotals                    0.00                    0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*